Deny
05/15/15
PC

PD-0190-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/14/2015 10:58:39 PM
Accepted 5/15/2015 1:07:09 PM
ABEL ACOSTA
CLERK

## NO. PD-0190-15

### IN THE
### COURT OF CRIMINAL APPEALS
### OF TEXAS

### NO. 01-13-00851-CR

### IN THE COURT OF APPEALS
### FOR THE
### FIRST JUDICIAL DISTRICT OF TEXAS
### HOUSTON, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | APPELLEE |
| V. | § | |
| ERIC SANTANA GUANCHE | § | APPELLANT |

### APPEAL FROM COUNTY CRIMINAL COURT AT LAW NO. 7
### HOUSTON, TEXAS
### TRIAL COURT NO. 1869024

### APPELLANT'S MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S MOTION FOR REHEARING ON APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW

### TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES, ERIC SANTANA GUANCHE, Appellant in the above entitled and numbered cause, by and through his attorney of record, Rick Soliz, and submits this Motion for Extension of Time to file Appellant's Motion for Rehearing on Appellant's Petition for Discretionary Review until May 29, 2015.

For good cause, Appellant shows as follows:

1. The Court below issued its opinion on December 16, 2014. On January 5, 2015, Appellant's motion for rehearing was filed and was overruled on

1

January 15, 2015. The petition for discretionary was timely filed after a motion for extension of time to file the petition for discretionary review. This motion for extension of time may be filed until the deadline to file appellant's motion for rehearing, May 14, 2015. This is Appellant's first request for an extension of time to file Appellant's Motion for Rehearing of Appellant's Petition for Discretionary Review.

2. The last thirty days, Appellant's counsel has had an extremely heavy workload, two felony trial settings, a long illness and death in the proximate family and several out of town court settings and business.

3. Furthermore, Appellant's counsel has had extensive State Bar of Texas committee work and business, including continuing education.

4. This Motion is not made for delay, but to see that justice is done.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that the deadline for filing of Appellant's Petition for Discretionary be extended to May 29, 2015, or a similar date this court deems appropriate.

Respectfully submitted,

/S/ Rick Soliz

Rick Soliz
T.B.C. No. 00785013
PO Box 4051
Houston, Texas 77210
713-228-1900
jrsoliz@att.net
ATTORNEY FOR APPELLANT

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Harris County District Attorney's Office on this the 14th day of May 2015.

/S/ Rick Soliz

Rick Soliz